HOOTMAN *v.* STATE OF INDIANA.

[No. 0-480. Filed June 27, 1957.]

*Earl H. Hootman, pro se.*

PER CURIAM—This is an original action for an alternative writ of mandamus directed to the Starke Circuit Court. The petition is not prosecuted in the name of the State, nor is the proper party respondent, nor does the petition comply with Rule 2-35 as to certified copies of the pleadings and court records of the

trial court. See *Lester* v. *Grant Circuit Court* (1948), 226 Ind. 186, 78 N. E. 2d 785.

Petition denied.

NOTE.—Reported in 143 N. E. 2d 666.